IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN DILLARD, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 2:87-CV-1219-MHT |
| TOWN OF GLENWOOD, | ) |
| | ) |
|     Defendant. | ) |

**JOINT MOTION TO SHOW CAUSE**

Pursuant to this Court's Order of December 8, 2006, (No. 693) in *Dillard v. Crenshaw County,* The State of Alabama, by and through the undersigned liaison counsel, and the Dillard Plaintiffs, by and through one of their attorneys, jointly move this Court to direct the Town of Glenwood, the defendant in this action, to show cause why this case should not be dismissed. In support of this Joint Motion, the parties state:

1. In a Consent Decree entered on April 13, 1988, that has applied to this day, this Court directed, among other things, that the Town Council for the Town of Glenwood consist of five members elected from two multi-member districts.

2. In Act No. 2006-252, the Alabama Legislature provided a state-law basis for the remedial order entered in this case. The Legislature further provided that the size of the Town Council, its method of election, or both, can be changed by general or local law in the future. Act No. 2006-252 was precleared on July 19, 2006, and is therefore effective and enforceable.

3. In the past, federal court orders, some entered by consent and some entered without the consent of the defendants, changing the size of the local governing

body, its method of election, or both, have been challenged on the ground that they may have exceeded the court's remedial powers, conflicted with state law or both. With respect to the Town of Glenwood, Act No. 2006-252 moots any such contention.

4. The dismissal of this case will leave the multi-member district scheme in place.

5. Pursuant to this Court's Order, in conjunction with the filing of this Motion, a version of Exhibits A and B in Word or WordPerfect format will be e-mailed to the court.

WHEREFORE, the State and the Plaintiffs jointly request that this Court:

A. Enter an Order in the form of Exhibit A requiring the Town of Glenwood to show cause why this Court should not declare that Act No. 2006-252 provides state legislative authority for the method of election and number of seats prescribed by the consent decree in this action, why the consent decree should not be dissolved, and why this action should not be dismissed; and

B. Unless, within 60 days from the issuance of said order, good cause otherwise is shown, enter a final judgment in the form of Exhibit B:

(1) declaring that Act No. 2006-252 provides state legislative authority for the method of election and number of seats prescribed by the consent decree in this action;

(2) dissolving the consent decree in this action; and

(3) dismissing this action.

Pursuant to paragraph II.C.3 of this Court's CM / ECF Administrative Procedures - Civil, I certify that counsel for the Dillard plaintiffs has agreed to this Motion and to the Exhibits to this Motion.

Respectfully submitted February 15, 2007.

                              **TROY KING (KIN047)**
                              **ATTORNEY GENERAL**
                              **BY:**

                              **s/ John J. Park, Jr.**
                              John J. Park, Jr. Bar Number: (PAR041)
                              Special Deputy Attorney General
                              Office of the Attorney General
                              11 S. Union Street
                              Montgomery, AL 36130-0152
                              Telephone: (334) 242-7300
                              Fax: (334) 353-8440
                              E-mail: jpark@ago.state.al.us

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of February, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non CM/ECF participants):

Town of Glenwood
Post Office Box 217
Glenwood, AL 36034

John A. Nichols, Esq.
jnichols@troycable.net

James U. Blacksher, Esq.
jblacksher@ns.sympatico.ca; jubatty@bellsouth.net

Edward Still, Esq.
docket@votelaw.com; votelaw@bellsouth.net

**s/ John J. Park, Jr.**
John J. Park, Jr. Bar Number: (PAR041)
Assistant Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8440
E-mail: jpark@ago.state.al.us