IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN DILLARD, et al.,  ) | |
| ) | |
| **Plaintiffs,**  ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. |
| ) | 2:87-CV-1219-MHT |
| TOWN OF GLENWOOD,  ) | |
| ) | |
| **Defendant.**  ) | |

## ORDER

Upon consideration of the joint motion to show cause (Doc. No. 2), it is ORDERED that the defendant show cause, if any there be, in writing by April 16, 2007, as to why said motion should not be granted as requested.

DONE this 15th day of February, 2007.

_____
**UNITED STATES DISTRICT JUDGE**